# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:06 CV 279

| | |
|---|---|
| HILDA B. JACKSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CAROLINAS HEALTHCARE ) | |
| SYSTEM, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion to Request a Court Appointed Mediator" (Document No. 44), filed April 5, 2007 and "Defendants' Memorandum in Response to Plaintiff's Motion to Request a Court Appointed Mediator" (Document No. 45), filed April 13, 2007. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and the Plaintiff's motion is ripe for disposition.

Having carefully considered the Plaintiff's request and the Defendants' response, as well as the record of the case, the undersigned will <u>deny</u> Plaintiff's motion.

As an initial matter, the Plaintiff is reminded that Local Rule 7.1(A) requires that parties confer and attempt to resolve areas of disagreement prior to the filing of most motions. In this case it appears that the parties' positions on mediation are not in conflict, and the Court expects the parties to make their own arrangements for mediation. In the event the parties are unable to agree on all the logistics for mediation after conferring with each other, they may file an appropriate motion with the Court, jointly if possible, seeking assistance.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's "Motion to Request a Court Appointed Mediator" (Document No. 44) is **DENIED**.

Signed: April 17, 2007

David C. Keesler
United States Magistrate Judge